# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON

*Unsealed — Public and unofficial staff access to this instrument are prohibited by court order.*

**Name and Office of Person Furnishing Information on THIS FORM**
MICHAEL T. SHELBY, USA
☒ U.S. Att'y   ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
Jeff Vaden, AUSA

## PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
Michael Bobbitt, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense     SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under     MAG. JUDGE CASE NO.

**Place of offense**: Southern District of Texas
☐ Petty ☐ Minor ☐ Misdemeanor ☒ Felony

**DEFENDANT – U.S. vs.**
DIEGO ALBERTO RUIZ ARROYAVE a/k/a Diego a/k/a Primo

(6)

United States Courts
Southern District of Texas
FILED
OCT 14 2004
Michael N. Milby, Clerk

Address

Birth Date     ☒ Male  ☐ Alien
              ☐ Female  (if applicable)

Social Security Number

UN-SEALED PER *Order to UnSeal As to A's 5 & 6*

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding
   If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction     } ☐ Fed'l ☐ State
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

Ct. 1: Conspiracy to provide matierial support and resources to a foreign terrorist organization [18 U.S.C. § 2339B]

Ct. 2: Conspiracy to possess with intent to distribute more than five (5) kilograms of cocaine
       [21 U.S.C. §§ 846, 841(a) & 841(b)(1)(A)]

**PENALTY:** Ct. 1: Up to 15 years and/or a $250,000 fine; 3 years SRT; $100 SA

Ct. 2: Min. 10 years, Max. of Life; and/or a $4,000,000 fine; 5 years SRT; $100 SA

Bench Warrant