Un-Sealed

Public and unofficial staff access to this instrument are prohibited by court order.

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
10/14/04 /KMC
MICHAEL N. MILBY, CLERK
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

OCT 1 4 2004

Michael N. Milby, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | |
| § | |
| CARLOS ALI ROMERO VARELA § | |
| a/k/a Richard Martinez § | CRIMINAL NO. H-02-714-S |
| UWE JENSEN § | |
| ELKIN ALBERTO ARROYAVE RUIZ § | |
| a/k/a Cesar Lopez § | |
| a/k/a Commandant Napo § | |
| EDGAR FERNANDO BLANCO PUERTA § | |
| a/k/a Commandant Emilio § | |
| JAVIER CONRADO ALVAREZ CORREA § | UN-SEALED PER Order to |
| a/k/a Javier Alvarez § | Un Seal As to A's 5 & 6 |
| DIEGO ALBERTO RUIZ ARROYAVE § | |
| a/k/a Diego Arroyave Ruiz § | |
| a/k/a El Primo § | |

## MOTION TO SEAL SUPERSEDING INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States, through its undersigned attorney, respectfully requests the Court to enter an order directing the Clerk of the Court to Seal the Superseding Criminal Indictment filed in this cause.

As reason therefore, the United States respectfully states that Javier Conrado Alvarez Correa and Diego Alberto Ruiz Arroyave, two of the above named defendants, are not in custody relative to this case. The defendants are unaware of any pending criminal charges. If the defendants were to learn of the Superseding Criminal Indictment filed in this cause, they may become a flight risk, or become an increased danger to the arresting officers.

WHEREFORE, Premises Considered, the United States respectfully requests the Court seal the above-referenced Superseding Criminal Indictment, this Motion to Seal and the Order to Seal, and that no person shall have access to same except the Clerk or his designated deputies, attorneys for the

United States, and agents of the government who are involved in investigating this case. The Government is also requesting this Superseding Criminal Indictment be automatically unsealed as to each of the defendants as they are arrested, without further order of the Court.

                              Respectfully submitted,

                              MICHAEL T. SHELBY
                              United States Attorney

By:         _____
              Jeff Vaden
              Assistant United States Attorney
              (713) 567-9340