Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
10/14/04
MICHAEL N. MILBY, CLERK
BY DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS § | |
| § | |
| CARLOS ALI ROMERO VARELA § | CRIMINAL NO. H-02-714-S |
| a/k/a Richard Martinez § | |
| UWE JENSEN § | |
| ELKIN ALBERTO ARROYAVE RUIZ § | |
| a/k/a Cesar Lopez § | |
| a/k/a Commandant Napo § | |
| EDGAR FERNANDO BLANCO PUERTA § | |
| a/k/a Commandant Emilio § | |
| JAVIER CONRADO ALVAREZ CORREA § | UN-SEALED PER Order to |
| a/k/a Javier Alvarez § | Un Seal As to △'s 5+6 |
| DIEGO ALBERTO RUIZ ARROYAVE § | |
| a/k/a Diego Arroyave Ruiz § | |
| a/k/a El Primo § | |

## ORDER TO SEAL SUPERSEDING INDICTMENT

The Government's Motion to Seal the above-referenced Superseding Criminal Indictment, is hereby GRANTED. No person shall have access to same except the Clerk or his designated deputies, attorneys for the United States, and agents of the government who are involved in investigating this case. Upon arrest of any remaining defendants the Superseding Criminal Indictment will be automatically unsealed as to that defendant without further order of the Court.

SIGNED at Houston, Texas, this 14 day of October, 2004.

MARY MILLOY
UNITED STATES MAGISTRATE JUDGE

3