Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § v. § § DIEGO ALBERTO RUIZ ARROYAVE a/k/a § Diego Arroyave Ruiz a/k/a el Primo — 6 § § | CRIMINAL NO. H-02-714-S |

UN-SEALED PER Order to UnSeal AS to △'s Set 6

### ORDER FOR ISSUANCE OF BENCH WARRANT

A ____Superseding Indictment____ has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The

Defendant

DIEGO ALBERTO RUIZ ARROYAVE a/k/a
Diego Arroyave Ruiz a/k/a el Primo

[X] DETENTION

[ ] RELEASED ON CONDITIONS

[ ] Appearance Bond in the Amount of:
Bench Warrant

SIGNED at Houston, Texas, on __10-14__, 20_04_

_____
UNITED STATES MAGISTRATE JUDGE