**COURTROOM MINUTES**:
The Honorable  Calvin Botley   Presiding
Deputy Clerk   Paul A. Yebernetsky

Clerk, U.S. District Court
Southern District of Texas
Filed
5-23-08
Michel N. Milby, Clerk PY

Interpreter Present? ☒ Yes ☐ No   ERO____ ERO
USPT/USPO   David Hernandez
Edith Pross

OPEN 10:44 ADJOURN 10:59

☐ OTHER DISTRICT   ☐ DIVISION          THEIR CASE#

PROCEEDING HELD:
☐ Initial Appearance           ☐ Counsel Determination Hearing     ☐ Status Hearing
☐ Bond Hearing                ☐ Identity                          ☐ Hearing Continued on_____
☒ Detention Hearing           ☐ Preliminary Hearing               ☐ Other_____

CASE NUMBER ☒ CR ☐ MJ H-02-714-5   Defendant # 6

DIEGO ALBERTO RUIZ ARROYAVE

AUSA  Cedric Joubert for Jeff Vade
Eric Sunde

☐ Date of arrest_____          ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Superceding
                                      Violation of  ☐ Supervised Release ☐ Probation

☒ Defendant ☐ Material Witness appeared    ☒ with ☐ without counsel

☐ Defendant requests appointed counsel.          ☐ Financial Affidavit executed and sworn.
☐ Order appointing  Federal Public Defender      ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____

☐ Defendant_____bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Defendant_____bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Defendant_____bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Surety signatures required as to Defendant(s)_____
☐ Defendant(s)_____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____Released
☐ No bond set at this time. 10 day Detention Order entered, as to Defendant(s)_____
☐ Order of Temporary Detention Pending Hearing  entered as to Defendant(s)_____
☒ Order of Detention Pending Trial entered as to Defendant(s)_____.
☐ Bond revoked           ☐ Bond reinstated      ☐ Bond Continued
☒ Defendant _____remanded to custody   ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant _____Waiver  of ☐ Preliminary ☐ Identity ☒ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause      ☐ Identity

☒ Defendant(s) _____ is/are  scheduled on  Now _____ at_____for:
   ☒ Arraignment         ☐ Counsel Determination Hearing        ☐ Identity Hearing
   ☐ Detention Hearing   ☐ Preliminary Hearing                  ☐ Final Revocation Hearing