U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
5-23-08
MICHAEL N. MILBY, CLERK
BY DEPUTY

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA §
§
versus §   CRIMINAL ACTION NO.
§
§
Defendant. §

## WAIVER OF DETENTION HEARING
## BY PERSON IN FEDERAL CUSTODY

Defendant, who is in federal custody, after being advised of his right to an immediate federal detention hearing, including the right to present evidence, call witnesses, cross-examine the government's witnesses, proffer testimony and assert reasons why he should not be detained by federal authorities, elects to waive this right.

Defendant elects to have the federal detention hearing held if and when he is released from federal custody.

Dated: MAY 23, 2008.

_____ Defendant

_____ Witness

_____ Counsel for Defendant