MAGISTRATE JUDGE __CALVIN BOTLEY__
CASE MANAGER __PAUL YEBERNETSKY__   TAPE ERO __ERO__
USPS / ~~USPO~~ __David Hernandez__   INTERPRETER __Edith Pross__
TIME __10:49__ begin __10:55__ end A.M.  ___ begin ___ end P.M.   DATE __5-23-08__

CR. NO. __H-02-714-SUSDJ Hittner__

UNITED STATES OF AMERICA
vs.
__Cedric Joubert for Jeff Vaden__ AUSA

| Deft. No. | Deft. Name | | |
|---|---|---|---|
| | DIEGO ALBERTO RUIZ-ARROYAVE | § | Eric Suhde |
| | | § | |
| | | § | |
| | | § | |
| | | § | |
| | add'l defts on reverse side | § | new atty info on reverse    Appt - A,  Retd - R,  FPD - F |

## ARRAIGNMENT

- [x] Arraignment held.      [ ] Arraignment held on superseding indictment.      [ ] Arraignment not held.
- [ ] Deft _____ first appearance with counsel.      [ ] Deft _____ appeared without counsel.
- [ ] Deft _____ Waiver of Indictment executed (for criminal information).
- [x] Deft _____ enters a plea of not guilty.      [ ] Deft _____ enters a plea of guilty.
- [ ] Deft _____ plea of guilty probable; pro forma plea of not guilty entered.
- [ ] Deft _____ rearraignment set _____ at _____ before Judge _____.
- [ ] Waiver of Speedy Trial executed.
- [x] Scheduling Order    [x] issued w/cc to parties.    [ ] to be mailed.    [ ] not issued.
- [ ] Deft _____ Order for PSI setting Disclosure and Sentencing dates signed.    [ ] PSI waived.
- [ ] Deft _____ sentencing set _____ at _____.
- [ ] Deft _____ failed to appear, bench warrant to issue.
- [ ] Deft _____ bond  [ ] set  [ ] reduced to $ _____   [ ] Cash  [ ] Surety  [ ] 10%  [ ] PR.
- [ ] Deft _____ bond continued.
- [x] Deft _____ remanded to custody.
- [ ] Deft _____ Nebbia Hearing held (conflict of interest).

OTHER PROCEEDINGS: __Jury requested__

__ETT = 5 days__

Copy to:  Case Manager for USDJ
USPO (if PSI ordered)             see reverse