# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. H-02-714-S (06) |
| DIEGO RUIZ-ARROYAVE | § § § | |

## UNITED STATES' OBJECTIONS TO THE PSR

The United States of America, by and through Tim Johnson, Acting United States Attorney for the Southern District of Texas, and Jeff Vaden, Assistant United States Attorney for the Southern District of Texas, and gives notice of its objections to the Presentence Investigation Report:

The United States has no objections to the Presentence Investigation Report.

The United States submits the following corrections to the Presentence Investigation Report:

1. Correction: Page 10, Paragraph 42. It should read "Pablo" Escobar instead of "Pedro."

2. Correction: Page 16, Paragraph 76. It should read "Blanco's e-mail address" instead of "Ruiz' e-mail address."

Respectfully submitted,

TIM JOHNSON
Acting United States Attorney

By: /s/ Jeff Vaden
   Jeff Vaden
   Assistant United States Attorney
   919 Milam Street, Suite 1500
   State Bar of Texas # 00791840
   Federal ID # 31400
   Houston, Texas 77002
   Telephone: (713) 567-9340
   Fax: (713) 718-3390

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent electronically to counsel of record for the defendant as listed below on the 20th day of March, 2009.

**For Diego Ruiz- Arroyave:**
Erik Sunde
2211 Norfolk, Suite 735
Houston, Texas 77098
esunde@earthlink.net


        /s/ Jeff Vaden
Jeff Vaden
Assistant United States Attorney