JUDGE __DAVID HITTNER__   CLERK   SOUTHERN DISTRICT OF TEXAS
CASE MANAGER __ELLEN ALEXANDER__   RPTR/~~TAPE~~ __Chee Barron__   FILED 6/2/09
USPO __Hugo Renteria__   INTERPRETER __yes__   MICHAEL N. MILBY, CLERK  BY DEPUTY __E. Cenkanda__

TIME __9:40__ begin  __10:15__ end A.M.    begin    end P.M.   DATE __6/2/09__

CR. NO. __H-02-714__   DEFT. NO. __06__

UNITED STATES OF AMERICA  §   __Jeff Vaden__ AUSA
vs.
__Diego Alberto Ruiz Arroyave__  §   __Eric Sunde__  [R] CJA

## SENTENCING

[✓] ksen.   Sentencing held. [✓] Guilty plea [ ] Guilty verdict on __10/6/08__, Cts. __1__

[ ] ksen.   Sentencing held **with contested issues**.

[✓] ...   SENTENCE: __Custody of the Bureau of Prisons for a term of 90 months. Supervised Release for a term of 3 years. Fine waived.__

__Objections are overruled + the PSR + all addendums are adopted by the Court__

~~$50~~ $100.00 special assessment on Counts __1__

[ ] ...   **Time to serve.**

[ ] kdismcntgv.   Counts _____ dismissed on government's motion.

[ ] kosurr.   Deft ordered to surrender to U.S. Marshal on _____.

[ ] ...   Deft ordered to surrender to institution when designated.

[ ] kcphrg.   Change of plea hearing, deft withdraws plea of guilty. (kpstr.).

[ ] kjytrl.   Jury trial set for _____ at _____.

[ ] ko.(bnd.).   Deft bond [ ] set  [ ] reduced to $ _____  [ ] Cash [ ] Surety [ ] 10% [ ] PR.

[ ] ...   Deft failed to appear, bench warrant to issue.

[ ] ...   Deft bond [ ] continued [ ] forfeited.

[✓] ...   Deft remanded to custody.

[✓] ...   Terminate other settings for this deft.   [✓] Terminate motions for this deft.

OTHER PROCEEDINGS: __Government's Motion for Downward Departure heard + granted.__

__Oral Motion by Government to remit Special assessment heard + granted.__

copy to:   USPO