# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

OCT 0 4 2010

Clerk of Court

David Bradley
CLERK

P.O. BOX 61010
HOUSTON, TX 77208

August 25, 2010

Mr. Lyle Wyman Cayce, Clerk
U.S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

*priority*

— X-file Supp #2
trans to SA for
case 10-20271

IN RE:  USA vs Uwe Jensen
District Court Case No.:  4:02cr714-2
Circuit Court Case No.: 10-20292

10-20271

Dear Mr. Cayce:

Enclosed is a printed copy of the certified supplemental electronic record on appeal in the above referenced matter.  This record contains 1 (one) volume of the printed record on appeal.

(Electronic)

- No transcripts exist in this supplement.

- No sealed documents exist in this supplement.

- No State Court Records exist in this case.

Copies do not need to be returned to our Clerk's office.  Please properly dispose of all items when the appeal process in complete.

Very Truly Yours,

David J Bradley, Clerk

C. Lamey
Deputy Clerk

U.S. COURT OF APPEALS
RECEIVED
AUG 27 2010
NEW ORLEANS, LA